___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN - 9 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL RUTOWSKI,<br><br>    Defendant. | NO. CR08-08 JLR<br><br>INFORMATION<br><br>08-MJ-00008-INFO |

The United States Attorney charges that:

### COUNT ONE

**(False and Fraudulent Representation to a Federal Agency)**

On or about March 9, 2005, at Whatcom County, within the Western District of Washington, in a matter within the jurisdiction of the United States Department of Labor, MICHAEL RUTOWSKI, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation on a United States Department of Labor Form LM-4 Labor Organization Annual Report (hereinafter "LM-4 Report") when he stated as the Treasurer of the Government Employees AFGE AFL-CIO LU 2913 (hereinafter "AFGE LU 2913"), that during the relevant time period the total payments to officers and employees of the AFGE LU 2913 was fourteen hundred dollars ($1,400.00) when he full well knew that this amount was incorrect because it did not include the money he had converted to his own use from AFGE LU 2913 funds during the relevant time period.

1  All in violation of Title 18, United States Code, Section 1001.
2  DATED this  9th  day of January, 2007.

*[signature]*
JEFFREY C. SULLIVAN
United States Attorney

*[signature]*
ANNETTE L. HAYES
Assistant United States Attorney

INFORMATION/MICHAEL RUTOWSKI - 2